UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6168

CR-FERGUSON

| IN RE MOTION TO SEAL INDICTMENT AND ARREST WARRANT | ORDER TO SEAL | MAGISTRATE JUDGE SNOW |

FILED by ___ D.C.
JUN 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Upon the motion of the United States of America to seal the Indictment, Penalty Sheets, Certificate of Trial Attorney and Arrest Warrants in this matter and it appearing that the United States has demonstrated good cause thereon, it is hereby,

ORDERED AND ADJUDGED that the Motion is granted. The Clerk of the Court is directed to file under seal the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants (except for copies of the arrest warrants for law enforcement purposes), until the arrest of the first defendant or further order of the Court.

DONE AND ORDERED in Fort Lauderdale, Florida, this 20th day of June, 2000.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE