# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JEAN DUFRALESSI f/k/a JEAN DUFRESNE

FILED by _____ D.C.

JUN 2 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## WARRANT FOR ARREST

CASE NUMBER: **00-6168**

**CR-FERGUSO**
MAGISTRATE JUD
SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __JEAN DUFRALESSI f/k/a JEAN DUFRESNE__
                                                                                      Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment | | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petition

**charging him or her with** (brief description of offense) **CONSPIRACY, BANK FRAUD, FALSE LOAN STATEMENTS AND FALSE STATEMENTS TO HUD**

in violation of Title __18__ United States Code, Section(s) __371, 1344, 1014, 1010 AND 2__

__Clarence Maddox__
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ __100,000 personal surety__
_Defendant not to be incarcerated overnight._

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

_[signature]_
Date and Location

__Lurana S. Snow__
by **UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

