COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JEAN DUFRALESSI (surr)   CASE NO: 00-6168-CR-FERGUSON
AUSA: LYNN ROSENTHAL          ATTY: John Hewes (perm)
AGENT:                         VIOL:
PROCEEDING I/A ON INDICTMENT   RECOMMENDED BOND 100,000 PSB
BOND HEARING HELD - yes/no     COUNSEL APPOINTED
       BOND SET @ 100,000 PSB
       SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS     x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to:
4) surrender passport

Advised of charges

Reading ... Waived
Not Guilty ... entered
Jury trial ...
Standing ...

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN:
                        REMOVAL HRG:
                        STATUS CONF:  7-21  /  /  LSS

Date: 6/22/00   Time 11:00   FTL/LSS TAPE #00- 031   Begin: 1569   End: 2505

19