IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA.       CASE NO:       00-6168-
CR-FERGUSON

     Plaintiff,

vs.

JEAN DUFRALESSI,

     Defendant.

_____\

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

     YOU WILL PLEASE ENTER THE APPEARANCE of the undersigned as Counsel of

Record on behalf of the Defendant, JEAN DUFRALESSI, in the above-entitled cause.

     DATED:    this 22nd day of JUNE, 2000.

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy hereof was furnished by MAIL

DELIVERY, to ASSISTANT U.S. ATTORNEY LYNN ROSENTHAL, 500 East Broward

Blvd., 7th Floor, Fort Lauderdale, FL 33394-3092, this 22nd day of JUNE, 2000.

                     **JOHN R. HOWES**
                     JOHN R. HOWES, P.A.
                     Counsel for Defendant
                     633 S.E. 3rd Ave., Suite 4F
                     Ft. Lauderdale, Fl. 33301
                     Telephone: (954) 763-6003
                     Fax No: (954) 462-2255
                     Fla. Bar No: 219193