



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA

vs

JEAN DUFRALESSI

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __ON BOND FORM_____

                     Telephone:_____

DEFENSE COUNSEL:     Name: ____JOHN HOWES, ESQ._____

                     Address:_____

                     Telephone:_____

BOND SET:            $_____100,000 PERSONAL SURETY_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this __22ND__ day of __JUNE_____, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. _____00-031_____

cc: Copy for Judge
    U. S. Attorney

40