# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____  484773

UNITED STATES OF AMERICA

V.

JEAN DUFRALESSI f/k/a JEAN DUFRESNE

## WARRANT FOR ARREST

CASE NUMBER: 00-6168

CR-FERGUSON
MAGISTRATE JUDGE
SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __JEAN DUFRALESSI f/k/a JEAN DUFRESNE__
                                                                    Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

X Indictment | Information | Complaint | Order of court | Violation Notice | Probation Violation Petition

**charging him or her with** (brief description of offense) **CONSPIRACY, BANK FRAUD, FALSE LOAN STATEMENTS AND FALSE STATEMENTS TO HUD**

in violation of Title __18__ United States Code, Section(s) __371, 1344, 1014, 1010 AND 2__

Clarence Maddox                                    Court Administrator/Clerk of the Court
Name of Issuing Officer                            Title of Issuing Officer

[signature]
Signature of Issuing Officer                       Date and Location

                                                   Lurana S. Snow
Bail fixed at $ _100,000 personal surety_ by       UNITED STATES MAGISTRATE JUDGE
_Defendant not to be_                              Name of Judicial Officer
_incarcerated overnight_

SOUTHERN DISTRICT OF FLA
FT. LAUD. OFFICE
2000 JUN 20 PM 3:19
RECEIVED

## RETURN

This warrant was received and executed with the arrest of the above named defendant at

Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/20/00 | James A. Tassone, US Marshal | [signature] |
| DATE OF ARREST | | |
| 6/22/00 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev 12/85) Warrant for Arrest

