IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,                CASE NO: 00-6168-CR-FERGUSON
    Plaintiff,

vs.

JEAN DUFRALESSI,
    Defendant.
_____/

### NOTICE OF HEARING

TO:  LYNN D. ROSENTHAL, ESQ.
     ASSISTANT U.S. ATTORNEY
     500 EAST BROWARD BLVD.
     Fort Lauderdale, FL 33394

    PLEASE TAKE NOTICE that the undersigned shall call the above-styled cause up for a **CHANGE OF PLEA** before **JUDGE FERGUSON**, Judge of this Court, at the **FEDERAL COURTHOUSE, 299 EAST BROWARD BLVD., FT. LAUDERDALE, FL, ON THE 5TH DAY OF SEPTEMBER, 2000, at 9:30 A.M.**, in or as soon thereafter as we may be heard upon the following:

### CHANGE OF PLEA

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. MAIL DELIVERY, to the above-named addressees, this 2nd day of AUGUST, 2000.

                        JOHN R. HOWES, ESQ.
                        Counsel for Defendant
                        633 Southeast Sixth Street
                        Ft. Lauderdale, FL 33301
                        Fla. Bar No: 219193
                        Phone: (954) 763-6003
                        Fax:   (954) 462-2255

C:\WP60DOCS\MMK\nothrg.sta
CC: Judge Ferguson
     Defendant