UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

Case No.: 00-6168-CR-FERGUSON

vs.

JEAN DUFRALESSI
f/k/a JEAN DUFRESNE, et al.

    Defendant.
_____/

## JOINT MOTION AND STIPULATION FOR SUBSTITUTION OF COUNSEL

COME NOW the undersigned and hereby move and stipulate that STEVEN M. ROSEN, ESQ. shall be substituted as counsel for Defendant, JEAN DUFRALESSI in the above captioned cause in place and stead of JOHN R. HOWES, ESQ.

| | |
|---|---|
| Steven M. Rosen, Esq.<br>5601 Building<br>5601 Biscayne Blvd.<br>Miami, Florida 33137<br>Telephone (305) 758-3100 | John R. Howes, Esq.<br>633 SE 3rd Avenue<br>Ft. Lauderdale, Florida 33301<br>Telephone (954) 763-6003 |
| _____<br>Steven M. Rosen, Esq.<br>Florida Bar Number: 138877 | _____<br>John R. Howes, Esq.<br>Florida Bar Number: 219193 |

CASE NUMBER: 00-6168-CR-FERGUSON

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded via U.S. Mail to Lynn D. Rosenthal, Esq., United States Attorney Office, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33394 on this ____ day of August, 2000.

LAW OFFICES OF STEVEN M. ROSEN
Attorney for JEAN DUFRALESSI
5601 Biscayne Boulevard
Miami, Florida 33137
Telephone (305) 758-3100

By: _____
STEVEN M. ROSEN, ESQ.
Florida Bar Number: 158877

crim\dufrale\subs.coun

2