

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEAN DUFRALESSI
f/k/a JEAN DUFRESNE, et al.

    Defendant.
_____/

Case No.: 00-6168-CR-FERGUSON

AUG 25 2000

## JOINT MOTION AND STIPULATION FOR SUBSTITUTION OF COUNSEL

COME NOW the undersigned and hereby move and stipulate that STEVEN M. ROSEN, ESQ. shall be substituted as counsel for Defendant, JEAN DUFRALESSI in the above captioned cause in place and stead of JOHN R. HOWES, ESQ.

| | |
|---|---|
| Steven M. Rosen, Esq.<br>5601 Building<br>5601 Biscayne Blvd.<br>Miami, Florida 33137<br>Telephone (305) 758-3100 | John R. Howes, Esq.<br>633 SE 3rd Avenue<br>Ft. Lauderdale, Florida 33301<br>Telephone (954) 763-6003 |
| Steven M. Rosen, Esq.<br>Florida Bar Number: 138877 | John R. Howes, Esq.<br>Florida Bar Number: 219193 |

APPROVED: _____
U.S. DISTRICT JUDGE
8/25/00

LAW OFFICES STEVEN M. ROSEN
5601 BISCAYNE BOULEVARD, MIAMI, FLORIDA 33137 • TEL. (305) 758-3100 FAX (305) 756-7105