UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　Case No.: 00-6168-CR-FERGUSON

　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　**DEFENDANT JEAN DUFRALESSI'S**
　　　　　　　　　　　　　　　　**SUPPLEMENT TO SENTENCING**
JEAN DUFRALESSI　　　　　　　　**MEMORANDUM**
f/k/a JEAN DUFRESNE, et al.,

　　　　Defendant.
_____/

　　　COMES NOW Defendant JEAN DUFRALESSI f/k/a JEAN DUFRESNE hereinafter ("DUFRALESSI"), by and through his undersigned attorney, and files this his supplement to his sentencing memorandum, stating that this Defendant respectfully requests that the Court consider, to the extent appropriate, the following documentation, which may assist the Court in fully evaluating this Defendant:

　　　1.　Letter of Appreciation from the State Attorney's Office in Dade County, Florida.

　　　2.　Bible Studies Certificate issued in the course entitled "The Light of the Life" (February 1, 1997).

　　　3.　Bible Studies Certificate issued in the course entitled "The True Christian" (October 18, 1978).

　　　4.　Bible Studies Certificate issued in the course entitled "Witness of Jesus Christ" (June 2, 1979).

　　　5.　Bible Studies Certificate issued in the course entitled " Doctrine of the Holy Spirit" (September 14, 1980).

　　　6.　Bible Studies Certificate issued in the course entitled "Doctrine of Jesus Christ" (April 24, 1983).

　　　7.　Diploma issued by a bible school in Port-au-Prince, Haiti for



Case No.: 00-6168-CR-FERGUSON

completion of a course of study, this occurring on June 15, 1983.

8. University Certificate of Completion of Business Studies in Port-au-Prince, Haiti, this occurring on June 19, 1984.

9. Bachelor of Arts degree in Biblical Studies issued on June 15, 1994 by the South Florida Bible College and Theological Seminary.

10. Document evidencing completion of a course in Biblical Studies from the Institute of Biblical Studies.

11. Certificate of Completion of the "Revelation" study course from the World Prophetic Ministry, Inc. issued on May 4, 1999.

12. Certificate of Completion of the "Second Peter" study course from the World Prophetic Ministry, Inc. issued on May 4, 1999.

13. Certificate of Completion of the "Daniel" study course from the World Prophetic Ministry, Inc. issued on May 4, 1999.

It is respectfully requested that the Court give due consideration to the foregoing attachments (originals will be available and presented at the sentencing hearing of this Defendant scheduled for November 17, 2000).

I HEREBY CERTIFY that a true a correct copy of the foregoing was sent via U.S. Mail to Jeffrey Kaplan, Esq., United States Attorney Office, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33394 and to Ms. Georgann Stanley, United States Probation Officer, 299 E. Broward Blvd., Room 409, Ft. Lauderdale, Florida 33301 on this 9 day November, 2000.

LAW OFFICES OF STEVEN M. ROSEN
Attorney for JEAN DUFRALESSI f/k/a JEAN DUFRESNE
5601 Biscayne Boulevard
Miami, Florida 33137
Telephone: (305) 758-3100

STEVEN M. ROSEN, ESQ.
Florida Bar Number: 138877

# Letter of Appreciation

State Attorney's Office
Eleventh Judicial Circuit of Florida

We gratefully acknowledge the cooperation and assistance rendered by:

**JEAN DuFRESNE**

in the recent prosecution of a serious criminal offense.

Your willingness to testify and to be involved has been important to the orderly administration of justice.

On behalf of this Office and the people of Dade County, Florida, we thank you for this important public service.

*[signature]*
Assistant State Attorney

*[signature]*
State Attorney

201.01-160

# LA LUMIÈRE DE LA VIE
## Cours Biblique par Correspondance

### CERTIFICAT

# Dufresne Jean

A SUIVI AVEC SUCCÈS LE COURS "LA LUMIÈRE DE LA VIE"

Date 1 Février 1977 Rev. Martinez Javier, Professeur

La Voix de l'Evangile - B. P. 45 - Marseille

**RADIO LUMIÈRE**
BOITE POSTALE 105
PORT-AU-PRINCE, HAITI





INSTITUT BIBLIQUE PAR CORRESPONDANCE

NOSSIREHL LHERISSON

Boite Postale 2171
Port-au-Prince, Haïti

## CERTIFICAT

Nous certifions que:

*Jean Dufresne*

a suivi avec succès le cours

TEMOIN DE JESUS-CHRIST ET LA VRAIE LIBERTE

Date 6/2/ 1979

Captez
Radio Lumière
A.M. F.M. F.M. stéréo

Rev. M. Martinez
Directeur du cours

Crois au
Seigneur
Jesus
et tu
seras
sauvé...
Actes 16:31







# ECOLE BIBLIQUE PAR CORRESPONDANCE

Box 2171
Port-au-Prince, Haïti, W. I.

## Diplôme

La direction de cette Institution atteste que:

**Dufresne Jean**

a complété avec satisfaction les cours:

1. L'ARBRE DE LA VIE
2. TERRE DE JESUS-CHRIST
ET LA VRAIE LIBERTE
3. LE VRAI CHRETIEN
4. DOCTRINE DE JESUS-CHRIST
5. DOCTRINE DU SAINT-ESPRIT

Ceci lui est délivré pour servir et valoir ce que de droit.

Le 15 Juin 1983

Sanctifie-les par ta Vérité: Ta Parole est la Vérité. Jn. 17:17

Extension de l'œuvre Evangélique Baptiste Bèthesda Nossirehl Lhérisson de Duvalier Ville

RÉPUBLIQUE D'HAÏTI
UNIVERSITÉ D'ETAT

INSTITUT NATIONAL D'ADMINISTRATION DE GESTION
ET DES HAUTES ETUDES INTERNATIONALES

## CERTIFICAT

La Direction de l'Institut National d'Administration, de Gestion et des Hautes Etudes Internationales

certifie que: Jean DUFRESNE

a suivi avec succès le programme d'études prévu par les règlements de l'Institut en vue de l'obtention du grade de Licencié en Gestion des Entreprises.

En foi de quoi, le présent certificat lui est délivré aux fins utiles.

Fait à Port-au-Prince, le 19 Juin 1984

Recteur de l'Université d'Etat

# South Florida Bible College and Theological Seminary

The Board of Trustees by its Authority
and with the concurrence of the Faculty
hereby confers upon

## Jean Dufresne

The Degree of

### Bachelor of Arts in Biblical Studies

*(upon successful completion of the required work)*

*With all the Honors, Rights, and Privileges
thereto pertaining.*

Given this 15th day of June, 1994

_____
Dr. Joseph ____
President

_____
Dean of Administration



# Certificate of Completion

awarded to

## Jean Dufralessi

*for successful completion of the*

## Revelation

*Study Course with Dr. Dave Breese.*

May 4, 1999

*Bible Teacher*
*"The King Is Coming"*
*Telecast*

*Secretary-Treasurer*
*World Prophetic Ministry, Inc.*
*Colton, California 92324*

# Certificate of Completion

### awarded to

## Jean Dufralessi

*for successful completion of the*

## Second Peter

*Study Course with Dr. Dave Breese.*

May 4, 1999

*Bible Teacher*
*"The King Is Coming"*
*Telecast*

Secretary-Treasurer
World Prophetic Ministry, Inc.
Colton, California 92324

# Certificate of Completion

awarded to

## Jean Dufralessi

for successful completion of the

### Daniel

Study Course with Dr. Dave Breese.

June 3, 1999

_____
**Bible Teacher**
*"The King Is Coming"*
Telecast

_____
**Secretary-Treasurer**
**World Prophetic Ministry, Inc.**
**Colton, California 92324**