UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

Case No.: 00-6168-CR-FERGUSON

vs.

JEAN DUFRALESSI
f/k/a JEAN DUFRESNE, et al.,

Defendant.
_____/

DEFENDANT JEAN DUFRALESSI'S
NOTICE AS TO MEDICAL CONDITION

COMES NOW Defendant JEAN DUFRALESSI f/k/a JEAN DUFRESNE hereinafter ("DUFRALESSI"), by and through his undersigned attorney, and files this his notice as to medical condition, stating as follows:

1. Sentencing for DUFRALESSI is scheduled for November 17, 2000 before this Honorable Court.

2. DUFRALESSI'S medical condition and circumstances are relevant at least to the extent that they may be part of his record, this in the event that the Court determines it appropriate to sentence DUFRALESSI to a period of incarceration.

3. DUFRALESSI suffers from diabetes mellitus, type II, for which he is medicated with insulin. This was made known to U. S. Probation. However, on information and belief, U.S. Probation was unable to secure historical records reflective of this medical condition.

4. DUFRALESSI attaches hereto the Plantation General Hospital discharge summary for the period of May 18, 1997 through May 26, 1997 consisting of two pages. As stated, the final diagnosis by Hernando Chong, M.D. is diabetes mellitus, type II, medicated with insulin.

5. DUFRALESSI herein states that he is required to be medicated on

Case No.: 00-6168-CR-FERGUSON

a daily basis for diabetes. DUFRALESSI self medicates himself by needle which consists of 15 cc of Novolin in the morning and 30 cc at night (daily). If DUFRALESSI fails to receive his insulin in a timely manner, this may result in life threatening circumstances.

I HEREBY CERTIFY that a true a correct copy of the foregoing was sent via facsimile and U.S. Mail to Jeffrey Kaplan, Esq., (954) 356-7228 , United States Attorney Office, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33394 and to Ms. Georgann Stanley, (954) 769-5566, United States Probation Officer, 299 E. Broward Blvd., Room 409, Ft. Lauderdale, Florida 33301 on this 15 day November, 2000.

LAW OFFICES OF STEVEN M. ROSEN
Attorney for JEAN DUFRALESSI f/k/a JEAN DUFRESNE
5601 Biscayne Boulevard
Miami, Florida 33137
Telephone: (305) 758-3100

STEVEN M. ROSEN, ESQ.
Florida Bar Number: 138877

crim\dufrale\not.medical.condi

# PLANTATION GENERAL HOSPITAL
PLANTATION, FL.

**ADMITTED:**      05/18/97
**DISCHARGE DATE:**      05/26/97

**HISTORY OF PRESENT ILLNESS:** The patient is a young 44-year-old patient from Haiti who was seen in the Emergency Room when he was discovered to have a high sugar of 611 mg/dl. The has not been aware that he was diabetic, but he was complaining of polydipsia, polyphagia and polyuria. He says that possibly his father may have been diabetic as well as his mother. The patient has never been sick in his life except for some onychomycosis of both big toes. He was having some nausea, vomiting and some diarrhea. He does not have any allergies. He has had no previous hospitalizations.

The patient states that he works as a realtor. He does not know of any kind of allergies. The patient is a ____

**REVIEW OF SYSTEMS:** Otherwise is unremarkable. He denies any other skin problems. No visual disturbances. No problems with urine aside from frequency. No cerebrovascular accident. Pain in muscles are not a problem, he does not feel any paresthesias or dysesthesia. He denies melena or hematochezia. The patient does not smoke or drink alcoholic beverages.

**PHYSICAL EXAMINATION:** The patient is a young male, awake and oriented. Vital signs was within normal limits. The patient is in no acute distress. He has clinical dehydration. HEENT was okay. Big toe has onychomycosis and paronychia in both borders of both big toes of both feet. Otherwise atraumatic. Pupils equal, reactive to light and accommodation, other symptoms, clinically normal. NECK: Supple. No jugular venous distention. LUNGS: Clear. Heart was normal. Extremities with no clubbing, cyanosis or edema; I already has said about the toes.

The patient has been given DMC assessment and he was instructed in insulin techniques and diet that will be on the basis of 2,000 calories ADA. The patient has been seen very kindly in consultation by Dr. Ira, who has been his podiatrist, who will see this patient as an outpatient to get rid of paronychia. Meanwhile the patient has been instructed to have Sporanox seven days every month for three months.

**PATIENT NAME:**      **DUFRESNE, JEAN**
**ROOM NO.:**
**MR NUMBER:**      420844
**DICTATING PHYSICIAN:**      Hernando Chong, M.D.

DISCHARGE SUMMARY
PAGE 1

# PLANTATION GENERAL HOSPITAL
PLANTATION, FL.

**PATIENT NAME:** DUFRESNE, JEAN
**DICTATING PHYSICIAN:** Hernando Chong, M.D.

The patient has received full DMC nutrition assessment and advice. His insulin been assessed to be in the following range of dosage to control the blood sugar. The patient was assessed with a blood sugar of 183. The morning 4 units of Novolin 70/30 and in the p.m. 30 units of Novolin 70/30. The patient is an intelligent individual who has understood the situation of his health and who has been given the clinic's address and telephone to be followed. Meanwhile, we have provided to him enough medications and syringes to survive for one week. On 05/26/97 he was all ready to go, all in line for his departure regardless of what we had to say, the patient was encouraged to follow-up.

From a laboratory point of view, on the day of admission the patient had a sodium of 142, potassium 5.6, chloride 101, carbon dioxide 15, glucose 611. BUN 17, creatinine 1.5, uric acid 7.7, cholesterol 243, calcium 10.6, phosphorous 6.9, protein 8.5, albumin 4.7, total bilirubin 1.2, alkaline phosphorous 194, SGOT 10. Hemoglobin and hematocrit 16.2 and 49.6, white blood cell count 9,800 with normal differential. Ketones were more than 3+ which is equal to more than 80. Glucose was more than 1,000, protein was negative. Arterial blood gases, pH of 7.29, pCO2 27.1, pO2 112, base excess -11.6.

The patient was hydrated accordingly with normal saline with good results. The blood pressure was well maintained, the patient was treated with Reglan IV q.8 hours with good results, later on the patient was discontinued this treatment. On discharge the blood pressure was 138/77, respiratory rate 20 per minute, afebrile.

**FINAL DIAGNOSES:**
1. Diabetes mellitus, type II, medicated with insulin.
2. Onychomycosis and paronychia of both big toes.

_____
Hernando Chong, M.D.

HC/eg :
**D:** 05/26/97  **T:** 06/06/97 5:03 pm
cc:

**PATIENT NAME:** DUFRESNE, JEAN
**ROOM NO.:**
**MR NUMBER:** 420844
**DICTATING PHYSICIAN:** Hernando Chong, M.D.

DISCHARGE SUMMARY
PAGE 2