cr-06168-DTKH     Document 130     Entered on FLSD Docket 11/20/2000

FILED by _____ D.C.

NOV 17 2000

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6168-CR-WDF

DEFENDANT Jean Dupralessi         JUDGE     WILKIE D. FERGUSON
Deputy Clerk   TROY T. WALKER     DATE    November 17, 2000
Court Reporter   Paul Haferling    USPO    Ed Cooley
AUSA   Jeff Kaplan                 Deft's Counsel   Steven Rosen

COUNTS DISMISSED____All Others____
____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited

____ Sentencing cont'd until __/__/__ at _____ AM / PM     Right to Appeal

JUDGMENT AND SENTENCE
Imprisonment    Years    Months    Counts
                          12 E/day

Supervised Release   2 yrs   (see PSC for details)

Probation    Years    Months    Counts

Comments_____

Assessment $ 100.00               Fine $  none

Restitution /Other _____
CUSTODY
____ Remanded to the Custody of the U. S. Marshal Service ____ Release on bond pending appeal
✓ Voluntary Surrender to (designated institution or U. S. Marshal Service) on  1/15/01
                                                                                by 2:00 pm
Commitment Recommendation: _____
That the deft is incarcerated in
South Florida.

130