DEFENDANT:    **JEAN DUFRALESSI, (J)**

CASE NUMBER:    **0:00CR06168-006**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____ **a year and a day** .

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:

   ☒ at ____ **5:00** ____ p.m. on ____ **01/05/2001** ____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida

By _____ Deputy Clerk

Date _____

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on ____ 01/30/01 ____ to ____ FEDERAL PRISON CAMP

at ____ PENSACOLA, FL ____ , with a certified copy of this judgment.

S. CLARK, WARDEN
UNITED STATES MARSHAL

By R. MASON, 3us Lt.
Deputy U.S. Marshal