UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NUMBER: 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOTION FOR EARLY TERMINATION OF
SUPERVISED RELEASE

JEAN DUFRALESSI, f/k/a
JEAN DUFRESNE, et al.,

    Defendant.
_____/

    COMES NOW Defendant JEAN DUFRALESSI (hereinafter "DUFRALESSI"), by and through his undersigned attorney, and files this Motion for Early Termination of Supervised Release, stating as grounds therefore the following:

    1. DUFRALESSI was sentenced by this Court on November 17, 2000, to a sentence which included a one year and one day imprisonment followed by two years of supervised release.

    2. DUFRALESSI successfully completed the required term of incarceration, without incident.

    3. DUFRALESSI has faithfully and responsibly performed his duties and obligations as a supervised individual. DUFRALESSI has continued to maintain employment, and has had no problems, whatsoever, with his probation. DUFRALESSI has completed one half of the stated period of supervision.

    4. DUFRALESSI seeks early termination of supervised release not only as a result of his successful completion of the prior required undertakings, but as well, as he seeks to further himself in his employment, and would like to be free of that which is required in connection with being an individual under supervision.

    5. Based upon the foregoing, and relevant factors to be considered, it is respectfully requested that after due consideration, this Court enter its order terminating DUFRALESSI'S supervised release.