

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Case No. 00-6168-CR-FERGUSON

Vs.

JEAN DUFRALESSI, f/k/a/
JEAN DUFRESNE, et al.,
        Defendant
_____/

### ORDER

The government shall file a response in ten (10) days to defendant's, JEAN DUFRALESSI, pending Motion for Termination of Supervised Release, filed November 22 2002.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 12th day of December 2002.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc:
Jeffrey Kaplan, AUSA
Steven Rosen, Esq.,
Roger McCoy, USPO