UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  Case No. 00-6168-CR-FERGUSON
        Plaintiff,

Vs.

JEAN DUFRALESSI, f/k/a
Jean Dufresne
        Defendant.
_____/

## ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**THIS CAUSE** is before the Court on the Defendant's Motion for Early Termination of Supervised Release, filed November 22, 2002. The Court having been fully advised, it is hereby

**ORDERED** and **ADJUDGED** that the defendant's Motion to for Early Termination of Supervised Release is ***GRANTED***.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 21st day of January 2003.

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

c:
Jeffrey Kaplan, AUSA
Steven Rosen, Esq.,
USPO